MARY-KATHERINE BELL ET AL. *v.* PLANNING AND
ZONING COMMISSION OF THE TOWN OF
NEW CANAAN

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied by the court.

*Robert C. Bell, Jr.,* in support of the petition.
*Walter A. Stewart, Jr.,* in opposition.

Submitted November 23—decided December 1, 1977

STATE OF CONNECTICUT *v.* JOSE GONZALEZ

The state's petition for certification for appeal from the Appellate Session of the Superior Court is granted by the court.

*Guy W. Wolf III,* assistant prosecuting attorney, in support of the petition.

Submitted November 28—decided December 1, 1977

RICHARD A. McNAMARA *v.* TOWN OF HAMDEN ET AL.

The application by Clifford Davis for permission to file a brief as amicus curiae in the appeal from the Court of Common Pleas in New Haven County is granted by the court.

*Clifford Davis,* in support of the application.

Submitted November 28—decided December 1, 1977